WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | Case No.:  2:22-cv-00507-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT** |

Plaintiff SFR Investments Pool 1, LLC ("SFR") and Defendant PHH Mortgage Corporation ("PHH"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 8, 2022, SFR filed a Complaint against PHH in the Eighth Judicial District Court, which was subsequently removed to this Court on March 22, 2022. ECF Nos. 1 and 1-1. The Complaint was served on PHH's registered agent on March 11, 2022. ECF No. 1-10.

WHEREAS, the deadline for PHH to file a response to the Complaint is currently set for April 1, 2022.

WHEREAS, PHH seeks additional time to review the Complaint and prepare its response to the allegations therein and, therefore, seeks a brief 14-day extension of the response deadline.

WHEREFORE, based on the foregoing,

1       IT IS HEREBY STIPULATED AND AGREED that the deadline for PHH to file a
2  response to the Complaint is extended to April 15, 2022.
3       IT IS SO STIPULATED.
4  DATED this 29th day of March, 2022.                  DATED this _29th day of March, 2022.

WRIGHT, FINLAY & ZAK, LLP                               HANKS LAW GROUP

*/s/ Christina V. Miller, Esq.*                         */s/ Chantel M. Schimming, Esq.*
Christina V. Miller, Esq.                               Chantel M. Schimming, Esq.
Nevada Bar No. 12448                                    Nevada Bar No. 8886
7785 W. Sahara Ave., Suite 200                          7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89117                                 Las Vegas, Nevada 89139
*Attorneys for Defendant, PHH Mortgage*                 *Attorney for Plaintiff, SFR Investments*
*Corporation*                                           *Pool 1, LLC*

**IT IS SO ORDERED.**

DATED: March 29, 2022

_____
UNITED STATES MAGISTRATE JUDGE