Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00507-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

On March 24, 2022, this Court issued an Order granting a temporary restraining orde rand setting deadlines to brief the motion for preliminary injunction. [ECF No. 7.] In connection with that order, the Parties have agreed to stipulate to the following:

1. Currently, SFR's reply to PHH Mortgage Corporation's response to motion for preliminary injunction is due April 5, 2022.

2. SFR's counsel shall have a short one-day extension until April 6, 2022 to file said reply.

///

- 1 -

3. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| Dated this 5th day of April, 2022 | Dated this 5th day of April, 2022. |
|---|---|
| **Wright Finlay & Zak LLP** | **Hanks Law Group** |
| */s/ Christina V. Miller* _____<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Counsel for PHH Mortgage Corporation* | */s/ Karen L. Hanks* ___<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

DATED: April 6th, 2022
IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE