Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00507-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

SFR Investments Pool 1, LLC ("SFR"), PHH Mortgage Corporation and non-party Bank of America, ("BANA"), by and through their respective counsel of record, hereby stipulate to extend SFR's deadline to submit its response to BANA's motion for protective order and PHH's joinder to August 5, 2022.

…

…

- 1 -

1    This is the first request for the extension of said deadline and it is not made to cause delay
2 or prejudice any party.

3 Dated this 29th day of July 2022.                     Dated this 29th day of July 2022

**HANKS LAW GROUP**                              **WRIGHT FINLAY & ZAK LLP**

*/s/ Karen L. Hanks*                                    */s/ Darren T. Brenner*
Karen L. Hanks, Esq.                                 Darren T. Brenner, Esq.
Nevada Bar No. 9578                                  Nevada Bar No. 8386
Chantel M. Schimming, Esq.                           7785 W. Sahara Avenue, Suite 200
Nevada Bar No. 8886                                  Las Vegas, NV 89117
7625 Dean Martin Drive, Suite 110                    *Attorneys for non-party Bank of America, N.A.*
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 29th day of July 2022.

**WRIGHT FINLAY & ZAK LLP**

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for PHH Mortgage Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 1, 2022