UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00507-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| PHH MORTGAGE CORPORATION; DOE I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Pending before the Court is Non-Party Bank of America's ("BANA") Motion for Protective Order Governing the Confidentiality of Documents Containing Confidential Borrower Information. ECF No. 28. The Court has considered the Motion, Joinder, Response, and Reply.

BANA seeks the entry of a Stipulated Protective Order ("SPO") in response to subpoenas served by Plaintiff SFR Investments Pool 1, LLC ("SFR"). The records sought through the subpoena contain nonpublic personal information regarding the financial condition of a non-party borrower. BANA asked the parties to enter into an SPO before disclosing the nonpublic personal information. Rather than agree to this request, SFR argues the SPO will increase the cost of litigation. SFR also argues the proposed SPO is overbroad and that BANA's concerns can be addressed by redacting information from disclosures. The Court does not agree.

A review of the proposed SPO demonstrates it is reasonable in breadth and carefully tailored to address concerns that would arise in this dispute. The proposed SPO does not create an undue burden. The information BANA seeks to protect from public disclosure is appropriate.

Accordingly, IT IS HEREBY ORDERED that Non-Party Bank of America's Motion for Protective Order Governing the Confidentiality of Documents Containing Confidential Borrower Information (ECF No. 28) is GRANTED.

1    IT IS FURTHER ORDERED that the parties must file a stipulated protective order for the

2    Court's signature, substantially in the form presented by Bank of America, within seven (7) Court

3    days of the date of this Order.

4

5    Dated this 27th day of October, 2022.

6

7    _____
     ELAYNA J. YOUCHAH

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28