KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00507-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, SFR Investments Pool 1, LLC and Defendant, PHH Mortgage Corporation hereby stipulate that Plaintiff shall have until February 17, 2023, to file its response to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment. [ECF No. 42].

The current deadline for Plaintiff's response is January 24, 2023. Plaintiff seeks the extension because this case is somewhat novel and as such requires additional time to research the issues presented in Defendant's motion and brief a response.

/ / /

/ / /

/ / /

/ / /

- 1 -

The extension is not sought to prejudice any party or delay the case.

DATED this 24th day of January, 2023.

| **WRIGHT, FINLAY, & ZAK, LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ | /s/ |
| CHRISTINA V. MILLER, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12448 | Nevada Bar No. 9578 |
| HUGO E. HERNANDEZ-DIAZ, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 15565 | Nevada Bar No. 8886 |
| 7785 W. SAHARA AVE, SUITE 200 | ANA P. MURGUIA, ESQ. |
| Las Vegas, Nevada 89117 | Nevada Bar No. 16284 |
| *Attorneys for PHH Mortgage Corporation* | 7625 Dean Martin Drive, Suite 110 |
| | Las Vegas, Nevada 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

### ORDER

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of January, 2023.

- 2 -