KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PHH MORTGAGE CORPORATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00507-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** <br><br> **(Second Request)** |

Plaintiff, SFR Investments Pool 1, LLC and Defendant, PHH Mortgage Corporation hereby stipulate that Plaintiff shall have until February 24, 2023, to file its response to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment. [ECF No. 42].

The current deadline for Plaintiff's response is February 17, 2023. Plaintiff seeks the extension because undersigned counsel had a medical emergency with her child this past weekend and this week involved follow-up appointments. The parties further agree PHH Mortgage shall have until March 24, 2023 to file its reply. This extension is requested because counsel for PHH will be at a conference in early March.

/ / /

/ / /

- 1 -

Neither extension is sought to prejudice any party or delay the case.

DATED this 17th day of February, 2023.

| **WRIGHT, FINLAY, & ZAK, LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Christina V. Miller | /s/ Karen L. Hanks |
| CHRISTINA V. MILLER, ESQ.<br>Nevada Bar No. 12448<br>HUGO E. HERNANDEZ-DIAZ, ESQ.<br>Nevada Bar No. 15565<br>7785 W. SAHARA AVE, SUITE 200<br>Las Vegas, Nevada 89117<br>*Attorneys for PHH Mortgage Corporation* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>ANA P. MURGUIA, ESQ.<br>Nevada Bar No. 16284<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of February, 2023.