WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00507-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

Plaintiff SFR Investments Pool 1, LLC ("SFR") and Defendant PHH Mortgage Corporation ("PHH"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 10, 2023, PHH filed its Renewed Motion to Dismiss or, Alternatively, for Summary Judgment ("Motion"). ECF No. 42.

WHEREAS, on January 24, 2023, PHH and SFR entered into a stipulation providing for an extension of time for SFR to file its response to the Motion. ECF No. 43. The Stipulation was granted by the Court. ECF No. 44.

WHEREAS, on February 17, 2023, PHH and SFR entered into a stipulation providing for a second extension of time for SFR to file its response to the Motion. ECF No. 45. SFR and PHH also stipulated to provide an extension of time for PHH to file its Reply in support of the Motion. *Id*. The Stipulation was granted by the Court. ECF No. 46.

1  WHEREAS, SFR filed its Response to the Motion on February 24, 2023. ECF No. 47.
2  PHH's Reply in support of the Motion is currently due on 3/24/2023, pursuant to the Stipulation
3  and Order entered on February 21, 2023. ECF No. 46.

4  WHEREAS, counsel for PHH has been unwell and had to take time out of the office which
5  has impacted her ability to timely prepare PHH's Reply. In addition, the Motion and SFR's
6  Response raise numerous complex legal issues which require additional time to analyze and
7  address in PHH's Reply. Accordingly, PHH seeks an additional 14-days to prepare and file its
8  Reply in support of the Motion.

9  WEHREFORE, based on the foregoing,

10  PHH and SFR hereby agree and stipulate that the current deadline for PHH to file its Reply
11  in support of the Motion, March 24, 2023, should be continued by 14 days to April 7, 2023.

12  IT IS SO STIPULATED.

13  DATED this 20th day of March, 2023.    DATED this 20th day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP    HANKS LAW GROUP

*/s/ Christina V. Miller, Esq.*    */s/ Karen L. Hanks, Esq.*
Christina V. Miller, Esq.    Karen L. Hanks, Esq.
Nevada Bar No. 12448    Nevada Bar No. 9578
7785 W. Sahara Ave., Suite 200    Chantel M. Schimming, Esq.
Las Vegas, Nevada 89117    Nevada Bar No. 8886
*Attorneys for Defendant, PHH Mortgage*    7625 Dean Martin Dr., Suite 110
Corporation    Las Vegas, Nevada 89139
    *Attorney for Plaintiff, SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   22nd day of March, 2023.