WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant, PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00507-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**<br><br>**[THIRD REQUEST]** |

Plaintiff SFR Investments Pool 1, LLC ("SFR") and Defendant PHH Mortgage Corporation ("PHH"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 10, 2023, PHH filed its Renewed Motion to Dismiss or, Alternatively, for Summary Judgment ("Motion"). ECF No. 42.

WHEREAS, on January 24, 2023, PHH and SFR entered into a stipulation providing for an extension of time for SFR to file its response to the Motion. ECF No. 43. The Stipulation was granted by the Court. ECF No. 44.

WHEREAS, on February 17, 2023, PHH and SFR entered into a stipulation providing for a second extension of time for SFR to file its response to the Motion. ECF No. 45. SFR and PHH also stipulated to provide an extension of time for PHH to file its Reply in support of the Motion. *Id*. The Stipulation was granted by the Court. ECF No. 46.

///

1  WHEREAS, SFR filed its Response to the Motion on February 24, 2023. ECF No. 47. PHH's Reply in support of the Motion is currently due on 4/7/2023, pursuant to the above-referenced Stipulation and Order entered on February 21, 2023 (ECF No. 46) and a second Stipulation and Order entered on March 22, 2023. ECF No. 49.

WHEREAS, counsel for PHH has been unwell and had to take time out of the office which has continued to impact her ability to timely prepare PHH's Reply in accordance with the previously-requested extensions. In addition, the Motion and SFR's Response raise numerous complex legal issues which require additional time to analyze and address in PHH's Reply. Accordingly, PHH seeks an additional 7 calendar days to prepare and file its Reply in support of the Motion.

WEHREFORE, based on the foregoing,

PHH and SFR hereby agree and stipulate that the current deadline for PHH to file its Reply in support of the Motion, April 7, 2023, should be continued by 7 calendar days to April 14, 2023.

IT IS SO STIPULATED.

DATED this 4th day of April, 2023.                              DATED this 4th day of April, 2023.

WRIGHT, FINLAY & ZAK, LLP                               HANKS LAW GROUP

*/s/ Christina V. Miller*                                              */s/ Chantel M. Schimming*
Christina V. Miller, Esq.                                               Karen L. Hanks, Esq.
Nevada Bar No. 12448                                                Nevada Bar No. 9578
7785 W. Sahara Ave., Suite 200                                  Chantel M. Schimming, Esq.
Las Vegas, Nevada 89117                                            Nevada Bar No. 8886
*Attorneys for Defendant, PHH Mortgage*                 7625 Dean Martin Dr., Suite 110
Corporation                                                                  Las Vegas, Nevada 89139
                                                                                    *Attorney for Plaintiff, SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**
DATED: 4/5/2023                                                       _____
                                                                                    RICHARD F. BOULWARE, II
                                                                                    UNITED STATES DISTRICT JUDGE

                                                                                    DATED this 5th day of April, 2023.