KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; DOES I<br>through X; ROE BUSINESS ENTITIES I<br>through X, inclusive,<br><br>                    Defendants. | Case No.  2:22-cv-00507-RFB-EJY<br><br>**ORDER TO RELEASE BOND** |

On or about April 29, 2022, this Court entered an order directing SFR to post a security bond in the amount of $5,000.00 (ECF No. 20). The $5,000.00 cash deposit was made by SFR on May 5, 2022, (ECF No. 21). The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] Plaintiff…" NRS 18.130(1). On September 8, 2023, a Minute Order was entered Granting PHH's Motion to Dismiss [ECF No. 59]. The Order further directed the Clerk of Court to close this case.

…

…

…

- 1 -

Since no costs were awarded against SFR and this matter has been closed, the Court shall release the bond and orders the clerk to refund the amount of $5,000.00 deposited plus interest to SFR Investments Pool 1, LLC and mail to its attorneys Hanks Law Group, 7625 Dean Martin Drive, Suite 110, Las Vegas, NV 89139.

Dated this 13th day of December, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**HANKS LAW GROUP**

DATED: <u>January 22, 2024.</u>

*/s/ Chantel M. Schimming*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

- 2 -